ACCEPTED
15-25-00060-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/7/2025 4:14 PM
CHRISTOPHER A. PRINE
CLERK

| | |
|---|---|
| **Appellate Docket Number:** 15-25-00060-CV | |
| **Appellate Case Style:** Marvin Glenn Berry and Bonnie Berry as successor in interest to Dennis Berry | |
| **Vs.** Albert Theodore Powers and Allied Ports LLC | |
| **Companion Case(s):** 15-25-00016-CV | |

Amended/Corrected Statement ☐

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/7/2025 4:14:32 PM
CHRISTOPHER A. PRINE
Clerk

# DOCKETING STATEMENT (Civil)

Appellate Court: 15th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

*NOTE: Because space for additional parties / attorneys is limited on this form, you can include the information on a separate document. As per TRAP 32.1 and 9.4, please include party's name and the name, address, email address, telephone number, fax number, if any, and State Bar Number of the party's lead counsel. If the party is not represented by an attorney, that party's name, address, telephone number, fax number should be provided.*

| **I. Appellant** | **II. Appellant Attorney(s) - Continued** |
|---|---|
| ☒ Person ☐ Organization | ☐ Lead Attorney  Retained Attorney |
| Name: Marvin Glenn Berry | Name: Vanessa Gilmore |
| ☐ Pro Se | Bar No. 07960010 |
| *If Pro Se Party, enter the following information:* | Firm/Agency: Roberts Markland LLP |
| Address: | Address 1: 2555 N MacGregor Way |
| City/State/Zip: | Address 2: |
| Tel.  Ext.  Fax: | City/State/Zip: Houston, TX 77004 |
| Email: | Tel.  Ext.  Fax: |
| **II. Appellant Attorney(s)** | Email: vg@robertsmarkland.com |
| ☒ Lead Attorney  Retained Attorney | ☐ Lead Attorney  Select |
| Name: Audrey Mullert Vicknair | Name: |
| Bar No. 14650500 | Bar No. |
| Firm/Agency: Law Office of Audrey Mullert Vicknair | Firm/Agency: |
| Address 1: 555 N. Carancahua St., Ste. 1400 | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: Corpus Christi, TX 78401 | City/State/Zip: |
| Tel. (361) 884-5400  Ext.  Fax: | Tel.  Ext.  Fax: |
| Email: avicknair@vicknairlaw.com | Email: |
| ☐ Lead Attorney  Retained Attorney | ☐ Lead Attorney  Select |
| Name: Douglas A Allison | Name: |
| Bar No. 01083500 | Bar No. |
| Firm/Agency: Law Office of Douglas Allison | Firm/Agency: |
| Address 1: 403 N. Tancahua Street | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: Corpus Christi, TX 78401 | City/State/Zip: |
| Tel. (361) 888-6002  Ext.  Fax: | Tel.  Ext.  Fax: |
| Email: doug@dallisonlaw.com | Email: |

| III. Appellee | IV. Appellee Attorney(s) - Continued |
|---|---|
| ☒Person ☐Organization | ☐ Lead Attorney      Select |
| Name: Albert Theodore Powers | Name: |
| ☐ Pro Se | Bar No. |
| *If Pro Se Party, enter the following information:* | Firm/Agency: |
| Address: | Address 1: |
| City/State/Zip: | Address 2: |
| Tel.          Ext.          Fax: | City/State/Zip: |
| Email: | Tel.          Ext.          Fax: |
|  | Email: |

| IV. Appellee Attorney(s) | |
|---|---|
| ☒ Lead Attorney      Retained Attorney | ☐Lead Attorney      Select |
| Name: Alistair Dawson | Name: |
| Bar No. 05596100 | Bar No. |
| Firm/Agency: Beck Redden | Firm/Agency: |
| Address 1: 1221 McKinney Street, Suite 4500 | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: Houston, TX 77010 | City/State/Zip: |
| Tel. (713) 951-6225    Ext.      Fax: | Tel.          Ext.          Fax: |
| Email: adawson@beckredden.com | Email: |

| ☐ Lead Attorney      Select | ☐ Lead Attorney      Select |
|---|---|
| Name: | Name: |
| Bar No. | Bar No. |
| Firm/Agency: | Firm/Agency: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.          Ext.          Fax: | Tel.          Ext.          Fax: |
| Email: | Email: |

## V. Perfection of Appeal, Judgment and Sentencing

Nature of Case (Subject matter or type of case): Injunction

Date Order or Judgment signed: 04/02/2025    Type of Judgment: Interlocutory Order

Date Notice of Appeal filed in Trial Court: 04/21/2025

    If mailed to the Trial Court clerk, also give the date mailed:

Interlocutory appeal of appealable order:    ☒ Yes   ☐ No

    If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):
    Tex. Civ. Prac. & Rem. Code 51.014

Accelerated Appeal (See TRAP 28):    ☒ Yes   ☐ No

    If yes, please specify statutory or other basis on which appeal is accelerated:
    TRAP 26.1(b), 28.1

Parental Termination or Child Protection? (See TRAP 28.4):    ☐ Yes   ☒ No

Permissive? (See TRAP 28.3):    ☐ Yes   ☒ No

    If yes, please specify statutory or other basis for such status:

Agreed? (See TRAP 28.2):    ☐ Yes   ☒ No

    If yes, please specify statutory or other basis for such status:

Appeal should receive precedence, preference, or priority under statute or rule?    ☒ Yes   ☐ No

    If yes, please specify statutory or other basis for such status:
    TRAP 26.1(b), 28.1

Does this case involve an amount under $100,000?    ☐ Yes   ☒ No

Judgment or Order disposes of all parties and issues?    ☐ Yes   ☒ No

Appeal from final judgment?    ☐ Yes   ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance?    ☐ Yes   ☒ No

If yes, you must also complete and file the Challenge to Constitutionality of a State Statute form.

    If yes, is the Attorney General of Texas a party to the case?    ☐ Yes   ☐ No

## VI. Actions Extending Time to Perfect Appeal

| | | | |
|---|---|---|---|
| Motion for New Trial: | ☐ Yes ☐ No | If yes, date filed: | |
| Motion to Modify Judgment: | ☐ Yes ☐ No | If yes, date filed: | |
| Request for Findings of Fact and Conclusions of Law: | ☐ Yes ☐ No | If yes, date filed: | |
| Motion to Reinstate: | ☐ Yes ☐ No | If yes, date filed: | |
| Motion under TRCP 306a: | ☐ Yes ☐ No | If yes, date filed: | |
| Other: | ☐ Yes ☐ No | | |

    If Other, please specify: Not applicable

## VII. Indigency of Party (Attach file stamped copy of Statement and copy of the trial court order.)

Was Statement of Inability to Pay Court Costs filed in the trial court? ☐ Yes ☒ No

   If yes, date filed:

Was a Motion Challenging the Statement filed in the trial court? ☐ Yes ☐ No

   If yes, date filed:

Was there any hearing on appellant's ability to afford court costs? ☐ Yes ☐ No

   Hearing Date:

Did trial court sign an order under Texas Rule of Civil Procedure 145? ☐ Yes ☐ No

   Date of Order:

   If yes, trial court finding: ☐ Challenge Sustained ☐ Overruled

## VIII. Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?

   ☐ Yes ☒ No

   If yes, please attach a copy of the petition.

   Date bankruptcy filed:

   Bankruptcy Case Number:

## IX. Trial Court and Record

| | |
|---|---|
| Court: Business Court, Eleventh District | **Clerk's Record** |
| County: Harris | Trial Court Clerk: ☑ District ☐ County |
| Trial Court Docket No. (Cause No.): 24-BC11A-0025 | Was Clerk's record requested? ☐ Yes ☑ No |
| Trial Court Judge (who tried or disposed of the case): |   If yes, date requested: |
|   Name: Sofia Adrogue |   If no, date it will be requested: 05/07/2025 |
|   Address 1: 301 Fannin | Were payment arrangements made with clerk? |
|   Address 2: |   ☐ Yes ☐ No ☐ Indigent |
|   City/State/Zip: Houston, TX 77002 | **(Note: No request required under TRAP 34.5(a),(b).)** |
|   Tel.     Ext.     Fax: | |
|   Email: | |

## IX. Trial Court and Record - Continued

**Reporter's or Recorder's Record**

Is there a Reporter's Record?  ☒ Yes ☐ No

Was Reporter's Record requested?  ☒ Yes ☐ No

If yes, date requested: 04/22/2025

If no, date it will be requested:

Was the Reporter's Record electronically recorded? ☒ Yes ☐ No

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☐ Indigent

| | |
|---|---|
| ☒ Court Reporter    ☐ Court Recorder<br>☒ Official          ☐ Substitute<br>Name: Gina Jackson<br>Address 1: 301 Fannin<br>Address 2:<br>City/State/Zip: Houston TX 77002<br>Tel.          Ext.          Fax:<br>Email: gina.jackson@texcourts.gov | ☒ Court Reporter    ☐ Court Recorder<br>☐ Official          ☐ Substitute<br>Name: MaryKai Brandenburg<br>Address 1: District Courts, Harris County<br>Address 2:<br>City/State/Zip: Houston, TX 77002<br>Tel.          Ext.          Fax:<br>Email: marykaicr@gmail.com |

## X. Supersedeas Bond

Supersedeas bond filed?  ☐ Yes ☒ No

If yes, date filed:

If no, will file?  ☐ Yes ☐ No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g., temporary or ancillary relief) from this Court? ☐ Yes ☐ No

If yes, briefly state the basis for your request:

unknown at this time

## XII. Alternative Dispute Resolution/Mediation
### (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 10th, 11th, 13th, or 14th Court of Appeals.)

Should this appeal be referred to mediation? ☐ Yes ☒ No

    If no, please specify: this is an appeal from an interlocutory temporary injunction

Has this case been through an ADR procedure? ☐ Yes ☒ No

    If yes, who was the mediator?

    What type of ADR procedure?

    At what stage did the case go through ADR? ☐ Pre-Trial ☐ Post-Trial ☐ Other

       If other, please specify:

Type of Case? Injunction

    Give a brief description of the issue to be raised on appeal, the relief sought, and the applicable standard for review, if known (without prejudice to the right to raise additional issues or request additional relief):

    The trial court abused its discretion by granting the relief requested. The evidence fails to support the court's rulings.

How was the case disposed of? injunction

Summary of relief granted, including amount of money judgment, and if any, damages awarded.

    If money judgment, what was the amount? Actual damages:

    Punitive (or similar) damages:

    Attorney's fees (trial):

    Attorney's fees (appellate):

    Other:

       If other, please specify:

Will you challenge this Court's jurisdiction? ☐ Yes ☒ No

Does judgment have language that one or more parties "take nothing"? ☐ Yes ☒ No

Does judgment have a Mother Hubbard clause? ☐ Yes ☒ No

Other basis for finality: interlocutory

## XII. Alternative Dispute Resolution/Mediation - Continued
### (Complete section if filing in the 1st, 2nd, 4th, 5th, 6th, 8th, 10th, 11th, 13th, or 14th Court of Appeals.)

Rate the complexity of the case (use 1 for least and 5 for most complex): ☐ 1  ☐ 2 ☐ 3  ☒ 4 ☐ 5

Please make my answer to the preceding questions known to other parties in this case? ☒ Yes  ☐ No

Can the parties agree on an appellate mediator? ☐ Yes  ☒ No

    If yes, please give the name, address, telephone, fax, and email address:

Name:

Address:

Telephone:                  Ext.

Fax:

Email:

Languages other than English in which the mediator should be proficient:

Name of the person filling out mediation section of docketing statement:

Audrey Mullert Vicknair

## XIII. Related Matters

List any pending or past related appeals before this, or any other Texas Appellate Court, by Court, Docket, and Style.

Court: Select Appellate Court                 Docket: 15-25-00016-CV

Style: In re Marvin Glenn Berry and Axis Midstream Holdings, LLC

    Vs.

Court: Select Appellate Court                 Docket:

Style:

    Vs.

Court: Select Appellate Court                 Docket:

Style:

    Vs.

Court: Select Appellate Court                 Docket:

Style:

    Vs.

Court: Select Appellate Court                 Docket:

Style:

    Vs.

Court: Select Appellate Court                 Docket:

Style:

    Vs.

| XIV. Pro Bono Program: |
| :--- |
| **(Complete section if filing in the 1st, 2nd, 3rd, 5th, 7th, 13th or 14th Court of Appeals.)** |

The Courts of Appeals listed above, in conjunction with the State Bar of Texas Appellate Section Pro Bono Committee and local Bar Associations, are conducting a program to place a limited number of civil appeals with appellate counsel who will represent the appellant in the appeal before this Court.

The Pro Bono Committee is solely responsible for screening and selecting the civil cases for inclusion in the Program based upon a number of discretionary criteria, including the financial means of the appellant or appellee. If a case is selected by the Committee, and can be matched with appellate counsel, that counsel will take over representation of the appellant or appellee without charging legal fees. More information regarding this program can be found in the Pro Bono Program Pamphlet available in paper form at the Clerk's Office or on the Internet at http://www.tex-app.org. If your case is selected and matched with a volunteer lawyer, you will receive a letter from the Pro Bono Committee within thirty (30) to forty-five (45) days after submitting this Docketing Statement.

Note: there is no guarantee that if you submit your case for possible inclusion in the Pro Bono Program, the Pro Bono Committee will select your case and that pro bono counsel can be found to represent you. Accordingly, you should not forego seeking other counsel to represent you in this proceeding. By signing your name below, you are authorizing the Pro Bono committee to transmit publicly available facts and information about your case, including parties and background, through selected Internet sites and Listserv to its pool of volunteer appellate attorneys.

Do you want this case to be considered for inclusion in the Pro Bono Program? ☐ Yes ☒ No

Do you authorize the Pro Bono Committee to contact your trial counsel of record in this matter to answer questions the committee may have regarding the appeal? ☐ Yes ☐ No

Please note that any such conversations would be maintained as confidential by the Pro Bono Committee and the information used solely for the purposes of considering the case for inclusion in the Pro Bono Program.

If you have not previously filed a Statement of Inability to Pay Court Costs and attached a file-stamped copy of that Statement, does your income exceed 200% of the U.S. Department of Health and Human Services Federal Poverty Guidelines? ☐ Yes ☐ No

These guidelines can be found in the Pro Bono Program Pamphlet as well as on the internet at http://aspe.hhs.gov/poverty/06poverty.shtml.

Are you willing to disclose your financial circumstances to the Pro Bono Committee? ☐ Yes ☐ No

    If yes, please attach a Statement of Inability to Pay Court Costs completed and executed by the appellant or appellee. Sample forms may be found in the Clerk's Office or on the internet at http://www.tex-app.org. Your participation in the Pro Bono Program may be conditioned upon your execution of a Statement under oath as to your financial circumstances.

Give a brief description of the issues to be raised on appeal, the relief sought, and the applicable standard of review, if known (without prejudice to the right to raise additional issues or request additional relief; use a separate attachment, if necessary).

## XV. Fifteenth Court of Appeals Jurisdiction

Effective 9/1/24, certain cases filed with this court must be transferred to the new Fifteenth Court of Appeals (See SB 1045, 88th Legislature, Regular Session). To assist the court in the orderly transfer or cases, please complete the following information.

Does this appeal involve a matter brought by or against the state or a board, commission, department, office, or other agency in the executive branch of the state government, including a university system or institution of higher education as defined by Section 61.003, Education Code, or by or against an officer or employee of the state or a board, commission, department, office, or other agency in the executive branch of the state government arising out of that officer 's or employee 's official conduct?  ☐Yes  ☐No

If the answer is yes, does this appeal involve:

- ☐ a proceeding brought under the Family Code and any related motion or proceeding;
- ☐ a proceeding brought under Chapter 7B or Article 17.292, Code of Criminal Procedure;
- ☐ a proceeding brought against a district attorney, a criminal district attorney, or a county attorney with criminal jurisdiction;
- ☐ a proceeding relating to a mental health commitment;
- ☐ a proceeding relating to civil asset forfeiture;
- ☐ a condemnation proceeding for the acquisition of land or a proceeding related to eminent domain;
- ☐ a proceeding brought under Chapter 101, Civil Practice and Remedies Code;
- ☐ a claim of personal injury or wrongful death;
- ☐ a proceeding brought under Chapter 125, Civil Practice and Remedies Code, to enjoin a common nuisance;
- ☐ a proceeding brought under Chapter 55, Code of Criminal Procedure;
- ☐ a proceeding under Chapter 22A, Government Code;
- ☐ a proceeding brought under Subchapter E-1, Chapter 411, Government Code;
- ☐ a proceeding brought under Chapter 21, Labor Code;
- ☐ a removal action under Chapter 87, Local Government Code;
- ☐ a proceeding brought under Chapter 841, Health and Safety Code;

## XVI. Signature

| | 05/07/2025 |
|---|---|
| Signature of counsel (or Pro Se Party) | Date |
| Audrey Mullert Vicknair | 14650500 |
| Printed Name | State Bar No. |
| /s/ Audrey Mullert Vicknair | Audrey Mullert Vicknair |
| Electronic Signature (Optional) | Name |

## XVII. Certificate of Service

The undersigned counsel certifies that this Docketing Statement has been served on the following lead counsel for all parties to the Trial Court's Order or Judgment as follows on:

/s/ Audrey Mullert Vicknair

| | |
|---|---|
| Signature of counsel (or Pro Se Party) | Electronic Signature (Optional) |
| 14650500 | |
| State Bar No. | |

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1)  the date and manner of service;
(2)  the name and address of each person served, and
(3)  if the person served is a party's attorney, the name of the party represented by the attorney.

| Please enter the following for each person served: | |
|---|---|
| Date Served: 05/07/2025<br><br>Manner Served: eServe<br><br>Name:  Alistair Dawson<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.                Ext.          Fax:<br><br>Email: adawson@beckredden.com<br><br>Party:  Albert Theodore Powers | Date Served:<br><br>Manner Served:  eServe<br><br>Name: Barfrett Reasoner<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.                Ext.          Fax:<br><br>Email:<br><br>Party: |
| Date Served: 05/07/2025<br><br>Manner Served: eServe<br><br>Name:  Roland Garcia<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.                Ext.          Fax:<br><br>Email: garciar@gtlaw.com<br><br>Party:  Allied Ports LLC | Date Served:<br><br>Manner Served:  Select<br><br>Name:<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.                Ext.          Fax:<br><br>Email:<br><br>Party: |
| Date Served:  05/07/2025<br><br>Manner Served: eServe<br><br>Name:  Barrett Reasoner<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.                Ext.          Fax:<br><br>Email: breasoner@gibbsbruns.com<br><br>Party: Lawrence Berry | |

| **Please enter the following for each person served that is not an attorney for a party:** ||
|---|---|
| Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                    Ext.<br>Fax:<br>Email: | Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                    Ext.<br>Fax:<br>Email: |
| Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                    Ext.<br>Fax:<br>Email: | Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                    Ext.<br>Fax:<br>Email: |
| Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                    Ext.<br>Fax:<br>Email: | Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel.                    Ext.<br>Fax:<br>Email: |

**Supplement to Docketing Statement of Appellants**

I.      **Additional Appellant**:

Person

Name: Bonnie Berry as successor in interest to Dennis Wayne Berry

Counsel:
Audrey Mullert Vicknair

* Please note change of address for lead counsel Audrey Mullert Vicknair (moved office location effective 4/28/2025 after Notice of Appeal filed):

 555 N. Carancahua St., Ste. 1400
Corpus Christi, Texas 78401

Phone and email unchanged


II.     **Additional Appellee:**

Organization

Name: Allied Ports LLC

Counsel:
ROLAND GARCIA JR.
Greenberg Traurig
SBOT NO. 07645250
1000 Louisiana Street, Suite 6700
Houston, Texas 77002
(713)374-3510
garciar@gtlaw.com

**III.   Additional Party in the trial court:**

Lawrence Berry

Counsel:
BARRETT H. REASONER
Gibbs & Bruns
SBOT NO. 16641980
1100 Louisiana Street, Suite 5300
Houston, Texas 77002
(713)751-5244
breasoner@gibbsbruns.com

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Audrey Vicknair
Bar No. 14650500
avicknair@vicknairlaw.com
Envelope ID: 100566715
Filing Code Description: Docketing Statement
Filing Description: Appellants' Docketing Statement with Supplement
Status as of 5/7/2025 4:41 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Douglas Allison | | doug@dallisonlaw.com | 5/7/2025 4:14:32 PM | SENT |
| Audrey Vicknair | | avicknair@vicknairlaw.com | 5/7/2025 4:14:32 PM | SENT |
| Douglas Allison | | doug@dallisonlaw.com | 5/7/2025 4:14:32 PM | SENT |
| Audrey Vicknair | | avicknair@vicknairlaw.com | 5/7/2025 4:14:32 PM | SENT |
| Alistair Dawson | | adawson@beckredden.com | 5/7/2025 4:14:32 PM | SENT |
| Roland Garcia | | garciar@gtlaw.com | 5/7/2025 4:14:32 PM | SENT |
| Barrett Reasoner | | breasoner@gibbsbruns.com | 5/7/2025 4:14:32 PM | SENT |